JS-6

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

DEAN HIMBLER AVILES,          ) Case No. CV 20-2621-JGB (JPR)
                             )
                Plaintiff,   )
                             )    **J U D G M E N T**
          v.                 )
                             )
JASON UR et al.,             )
                             )
                Defendants.  )
                             )
_____

    Pursuant to the Order Dismissing Action for Failure to Prosecute, Failure to Obey Court Orders, and Failure to State a Claim, IT IS HEREBY ADJUDGED that this action is dismissed.

DATED:  August 28, 2020

JESUS G. BERNAL
U.S. DISTRICT JUDGE